**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MR. MELVIN HARRIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COLEMAN HALL, <u>et al</u>.** | : | **NO. 05-4882** |

M E M O R A N D U M

**BRODY, J.**                                         **SEPTEMBER         , 2005**

Plaintiff, an inmate, is seeking to bring a <u>pro se</u> 42 U.S.C.
§ 1983 civil rights action without prepayment of fees.  He is
alleging that the defendants discriminated against him, and that he
is illegally incarcerated.

Pursuant to 28 U.S.C. § 1915(g), a prisoner who on three or
more prior occasions while incarcerated has filed an action in a
federal court that was dismissed as frivolous, malicious, or for
failure to state a claim upon which relief may be granted, must be
denied <u>in forma pauperis</u> status unless he is in imminent danger of
serious physical injury at the time that the complaint is filed.
<u>Abdul-Akbar v. McKelvie</u>, 239 F.3d 307 (3d Cir.), <u>cert. denied</u>, 533
U.S. 953 (2001).

Plaintiff has, prior to the instant action, filed three civil
actions in a federal court which were dismissed as frivolous.[1]
Furthermore, nothing in this complaint suggests that plaintiff is
in imminent danger of serious physical injury.  Accordingly,

---

[1] The three civil actions filed by plaintiff were as
follows: 1) Civil Action No. 95-3769 was dismissed as frivolous
by order of this Court filed June 26, 1995; 2) Civil Action No.
94-5473 was dismissed as frivolous by order of this Court filed
September 22, 1994, and 3) Civil Action No. 93-6822 was dismissed
as frivolous by order of this Court filed December 23, 1993.

plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> will be denied.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MR. MELVIN HARRIS             :          CIVIL ACTION
                                    :
      v.                    :
                                    :
COLEMAN HALL, <u>et</u> <u>al</u>.     :          NO. 05-4882

<u>O R D E R</u>

    **AND NOW**, to wit, this        day of September, 2005, in accordance with the accompanying memorandum, **IT IS ORDERED** that plaintiff's motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is **DENIED** pursuant to 28 U.S.C. § 1915(g).

                                  BY THE COURT:

                                <u>S/ ANITA B. BRODY, J.</u>